_AO91 (Rev. 8/01)  Criminal Complaint

# United States District Court

**SOUTHERN**      **DISTRICT OF**      **TEXAS**

| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
|---|---|
| V. | |
| **Roberto Garcia Garcia** | Case Number: **L-09-PO0374** |
| **Cerro De Camaron, Oaxaca** | |
| **Mexico** | |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **January 8, 2009** (Date) in **Laredo, Texas** **Webb** County, in the Southern District of Texas, **Roberto Garcia Garcia** defendant(s),

a **Mexican** alien, did unlawfully enter and attempt to enter the United States at a place other than as designated by immigration officers

in violation of Title **8** United States Code, Section(s) **1325 (a) (1)**

I further state that I am a(n) **Senior Border Patrol Agent** and that this complaint is based on the following facts: based on statements of the accused and records of the Immigration & Naturalization Service.

Furthermore, it is based on verbal statements by, **Roberto Garcia Garcia**, who admitted to being a citizen of **Mexico**, who entered and attempted to enter illegally into the United States by wading the Rio Grande River near, **Laredo, Texas**, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States. This illegal entry and attempted entry took place on **January 8, 2009**

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

/S/
Signature of Complainant

**Gabriel Salazar**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**January 12, 2009**     at     Laredo, Texas
Date                                   City and State

**Diana Saldana**
U.S. Magistrate Judge
Name and Title of Judicial Officer          Signature of Judicial Officer